# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

CHARLES BELL, M.D.
ACTING COMMISSIONER

1100 W. 49th Street • Austin, Texas 78756
1-888-963-7111 • http://www.dshs.state.tx.us
TDD: 512-458-7708

## MEMORANDUM OF AGREEMENT
## BETWEEN
## TEXAS DEPARTMENT OF STATE HEALTH SERVICES
## AND
## BIOMERIEUX, INC.

This Memorandum of Agreement (MOA) is entered into by the Texas Department of State Health Services ("DSHS") Laboratory Services Section and bioMerieux, Inc. to memorialize the terms of an agreement by which DSHS will provide de-identified dried blood spot (DBS) samples for use in quality assurance testing of the Vironostika HIV-1 and Oral Fluid Vironostika HIV-1 test kits, as detailed below, to bioMerieux, Inc. at no charge in exchange for Vironostika HIV-1 serum/DBS testing kits (Product #259606 - 576 test kit size) in a revenue neutral exchange. DSHS enters into this agreement because the quality assessment of these HIV testing kits can benefit the HIV testing process at DSHS and in turn benefit the citizens of Texas.

The following requirements will guide this exchange:
1. DSHS will provide 3,600 de-identified, such that patient identity cannot be determined, dried blood spots annually to bioMerieux, Inc., 100 Rodolphe St. Durham, North Carolina, 27712.
    a. The spots will only be identified as neonatal dried blood spots.
    b. Each specimen will be a single blood spot (~1/2 inch diameter).
    c. Specimens are not tested for HIV.
    d. The delivery schedule will be as follows:
        i. 600 DBS the 1st week of January 2007
        ii. 600 DBS the 1st week of March 2007
        iii. 600 DBS the 1st week of May 2007
        iv. 600 DBS the 1st week of July 2007
        v. 600 DBS the 1st week of September 2007
        vi. 600 DBS the 1st week of November 2007

   *[handwritten: updated 10-2-16 kits, 11/28/06 LS, by Bob Burned]*

2. bioMerieux, Inc. will provide ~~10~~ *[handwritten: 16]* Vironostika HIV-1 serum/DBS testing kits (Product #259606). The delivery will be within ten business days of date of request by DSHS and to the address given in the delivery request.
3. Any requests for dried blood spots with specific outcomes identified or requiring demographic information are outside the scope of this agreement.
4. DSHS shall transport the dried blood spots at ambient temperature. All shipping costs will be incurred by bioMerieux, Inc. including any special handling of the specimens.
5. Either party may terminate this agreement with 90 days written notice.
6. Agreement effective dates are from December 1, 2006 through December 31, 2007.

This MOA shall become effective upon execution of both signatures below. This MOA shall remain in effect until all the above-terms have been satisfied.

| bioMerieux, Inc.   **LEGAL** | Department of State Health Services |
|---|---|
| _____ <br> Signature <br> Joe Shimkonis <br> Vice President | _____ <br> Signature <br> Bob Burnette <br> Director - DSHS Client Services <br> Contracting Unit |
| Authorized Representative of bioMerieux, Inc. | Authorized Representative of DSHS |
| Date: 09 NOV 2006 | Date 11/13/06 |