

# TDH

## Texas Department of Health

Eduardo J. Sanchez, M.D., M.P.H.
Commissioner of Health

1100 West 49th Street
Austin, Texas 78756-3199

http://www.tdh.state.tx.us
1-888-963-7111

Ben Delgac
Chief Operating Offic

Nicolas Curry, M.D., M.P.
Executive Deputy Commissior

May 7, 2003

Thomas J. Parsons, Ph.D.
Chief Scientist
Armed Forces DNA Identification Laboratory
1413 Research Blvd.
Rockville, MD 20850

Dr. Parsons:

Enclosed are the requested 200 anonymous dried blood spot specimens. These specimens were identified as Hispanic in ethnicity via an extraction from our database. The specimens were received at TDH on March 5, 2003 and have been stored at room temperature for that period. I am sending one de-identified filter paper spot from each of the specimens. At some point, if it is convenient, please let me know if these specimens were useful.

If you have any questions please feel free to contact me at (512) 458-7318 ext. 2471.

Sincerely,

*[signature: Lynette Borgfeld]*

Lynette Borgfeld
Supervisor, Newborn Screening Branch
Biochemistry and Genetics Division
Texas Department of Health
1100 W. 49th Street
Austin, Texas 78756-3199

# USA Airbill

FedEx Tracking Number: 8384 3943 0490

## 1. From
Date: 1/7/03

Sender's Name: Charles Brooks for Lynette

Sender's FedEx Account Number: 0787-0257-5

Company: TEXAS HEALTH DEPT

Phone: (512) 458-7430

Address: 1100 W 49TH ST

City: AUSTIN   State: TX   ZIP: 78756-3101

## 2. Your Internal Billing Reference

## 3. To
Recipient's Name: Thomas Parsons, PhD

Phone: (301) 295-5922

Company: Armed Forces DNA ID Lab

Address: 1413 Research Blvd

City: Rockville   State: MD   ZIP: 20850

## 4a. Express Package Service
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b. Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5. Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

## 6. Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (Shipper's Declaration)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7. Payment Bill to:
- [X] Recipient
- FedEx Acct No./Credit Card No.: 1728-7030-9

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

## 8. Release Signature

0236521117

## Lynette Borgfeld

**From:** Eldridge Hutcheson
**Sent:** Tuesday, April 15, 2003 3:32 PM
**To:** Tony Banks
**Cc:** Mollie Borden; Lynette Borgfeld
**Subject:** MSDS extraction

HSC 33.01

Tony, please create a list from MSDS of all specimens that were marked as being from a hispanic patient with a ` I would like to have this by the first of next week.  Thanks

Eldridge T. Hutcheson, Ph.D.
Director, Biochemistry and Genetics Division
Bureau of Laboratories
Texas Department of Health
(512) 458-7430

| | |
|---|---|
| **From:** | PARSONS@afip.osd.mil |
| **Sent:** | Thursday, May 08, 2003 3:01 PM |
| **To:** | Lynette.Borgfeld@tdh.state.tx.us; PARSONS@afip.osd.mil |
| **Cc:** | Eldridge.Hutcheson@exch.tdh.state.tx.us |
| **Subject:** | RE: Hispanic Blood Samples for Anonymous DNA Database |

I received the samples today, in good shape. Thanks again. I'll keep you posted on the progress and outcome. Let me know if I can ever do you a favor!

Thanks. Tom Parsons

-----Original Message-----
From: Lynette Borgfeld [mailto:Lynette.Borgfeld@tdh.state.tx.us]
Sent: Wednesday, May 07, 2003 1:26 PM
To: 'PARSONS@afip.osd.mil'
Cc: Eldridge Hutcheson
Subject: FW: Hispanic Blood Samples for Anonymous DNA Database


Dr. Parsons,
We have collected the requested dried blood spots. Please forward any specific shipping guidelines that you have (contact name, address, shipping account number, specimen preparation requirements, etc.)

Thanks for your help,
Lynette Borgfeld
Supervisor, Newborn Screening Branch
Biochemistry and Genetics Division
Texas Department of Health
(512)458-7318 x2471
email: Lynette.Borgfeld@tdh.state.tx.us


-----Original Message-----
From: PARSONS@afip.osd.mil [mailto:PARSONS@afip.osd.mil]
Sent: Tuesday, April 15, 2003 9:22 AM
To: Eldridge.Hutcheson@tdh.state.tx.us
Subject: Hispanic Blood Samples for Anonymous DNA Database


Dear Dr. Hutcheson;

It's my understanding that Ken Pass, head of the New York State Newborn Screening Program contacted you on my behalf. I'm working on a project with the National Institute of Justice to increase national databases of mitochondrial DNA sequences, to abett criminal and missing persons investigations. At present our target is the "Hispanic" population, focusing on whether there are significant mitochondrial DNA population genetic differences between various regions in the United States. Ken suggested that you may be in a position to provide blood samples from Texas Hispanics. If so, that would be wonderful, and I'm targeting a sample size of 150.

Please let me know if you would be in a position to participate.
If so, it would be helpful to have, rather soon, a document indicating availability of the samples, so I have taken the liberty of attaching a sample letter stating the availability. I would like to attach that letter to the NIJ supplement I'm writing now, indicating that I've identified suitable samples. Of course, any modifications to the letter are yours to make. If it all looks smooth to you, maybe you could fax this letter on letterhead for inclusion with the grant application this week (sorry for the short notice).

Later on, at your convenience, dried blood samples could be FedEx'd on our account to the address below. I'd be happy to coordinate with you more down the road.

I appreciate your willingness to be contacted in this regard, and wish you all the best. Let me know if you need more information or have questions.

Sincerely, Tom Parsons

Thomas J. Parsons, Ph.D.
Chief Scientist
Armed Forces DNA Identification Laboratory
1413 Research Blvd.
Rockville, MD USA 20850
phone: 301-319-0268;  fax: 301-295-5932