UNITED STATES DISTRCT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEFFREY HIGGINS, On Behalf of His Infant | § | |
| Daughter and of the Class Similarly Situated | § | |
| And ANDROMIDA A. McCALL, On Behalf | § | |
| Of Her Infant Daughter and of the Class | § | Civil Action No. 5:10-cv-00990 |
| Behalf Similarly Situated, | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES and DAVID L. | § | |
| LAKEY, M.D., in His Official Capacity as | § | |
| Commissioner of the Texas Department of | § | |
| State Health Services and in His Individual | § | |
| Capacity, | § | |
| *Defendants* | § | |

**DEFENDANTS' MOTION TO DISMISS**
**EXHIBITS**

Exhibit 1    Settlement documents from *Andrea Beleno et al. v. Tex. Dept't of State Health
            Services, et al.*, Civil Action No. SA09CA0188, United States District Court for
            the Western District of Texas, San Antonio Division

            1-A    Settlement Agreement and Release
            1-B    Affidavit of Adolfo Valadez (4/13/2010)
            1-C    Letter to Jim Harrington (1-13-2010)

Exhibit 2    Affidavit of David L. Lakey, M.D.
            2-A    DSHS organizational charts (3)

Exhibit 3    Affidavit of Susan M. Tanksley, Ph.D.

Exhibit 4    Affidavit of Susan M. Tanksley, Ph.D.

Exhibit 5    Affidavit of Louis N. Finelli, D.O.

Exhibit 6      Excerpts from DSHS website

      6.1     (http://www.dshs.state.tx.us/lab/nbsBloodspots.shtm )
Laboratory Services Section Use and Storage of Dried Blood Spots after
Newborn Screening (link to disclosure/destruction forms)
(last visited 2-18-2011) FN6

      6.2     Use and Storage of Newborn Screening Blood Spot Cards (instructions to providers)
(http://www.dshs.state.tx.us/lab/NBSdestructionDirective.pdf )
(last visited 2-18-2011) FN7

      6.3     http://www.dshs.state.tx.us/lab/nbsBloodspotsHC.shtm
(Requirements for Health Care Providers) (last visited 2-18-2011) FN8

      6.4     http://www.dshs.state.tx.us/lab/nbsDBSdir2010forms.pdf
(Healthcare Provider Instructions) (last visited 2-18-2011) FN8

      6.5     http://www.dshs.state.tx.us/lab/nbsBloodSpotDataPolicy.pdf
(Management of Newborn Screening Specimens and Data)
(last visited 2-18-2011) FN10

      6.6     http://www.dshs.state.tx.us/lab/nbsBloodspotsUse.shtm
(List of categories of quality assurance and quality control uses)
(last visited 2-18-2011) FN12

      6.7     http://www.dshs.state.tx.us/irb/IrbPolicy.shtm
(Institutional Review Board, Policy Number PA-4002, effective
September 1, 2004, updated May 24, 2009)(last visited 2-18-2011)FN26

      6.8     http://www.dshs.state.tx.us/irb/Default.shtm
(DSHS IRB home page explaining IRB 1 and IRB2)
(last visited 2-18-2011)FN26

      6.9     http://www.dshs.state.tx.us/irb/Rights.shtm
(Rights of Human Subject Participating in Research)
(last visited 2-18-2011) FN27

      6.10    http://www.dshs.state.tx.us/irb/applirb.shtm
(Policy regarding research proposals) (last visited 2-18-11) FN 28

      6.11    http://www.dshs.state.tx.us/irb/ProtChlst.doc
(DSHS Institutional Review Board #1 Protocol Checklist)
(last visited 2-18-2011) FN28