UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREA BELENO,<br>GEOFFREY N. COURTNEY<br>MARYANN OVERATH,<br>On behalf of their infant children and on<br>Behalf of the class similarly situated, and<br>KEITH A. TAYLOR, on behalf of his infant<br>Daughter<br>　　　　　Plaintiffs<br>v.<br><br>TEXAS DEPEARTMENT OF STATE<br>HEALTH SERVICES,<br>DAVID L. LAKEY, M.D., in His Official<br>Capacity as Commissioner of the Texas<br>Department of State Health Services,<br>TEXAS A&M UNIVERSITY, and<br>NANCY W. DICKEY, M.D., in Her Official<br>Capacity as Vice Chancellor for Health<br>Affairs of Texas A&M University System and<br>President of the Texas A&M University<br>System Health Science Center,<br><br>　　　　　Defendants | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. SA-09-CA-0188-FB |

AFFIDAVIT OF ADOLFO VALADEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

1.　"My name is Dr. Adolfo Valadez. I am over eighteen years of age and I am fully competent to make this affidavit. The statements contained in this affidavit are true and correct and are based upon my personal knowledge.

2.　I am currently employed with the Texas Department of State Health Services (DSHS) and have been employed at DSHS since January 2008. I am currently

EXHIBIT
**1-B**

the Assistant Commissioner for the Division of Prevention and Preparedness Services, and I have served in this capacity since January 2008. I support and advise the DSHS Commissioner, Dr. David Lakey in matters regarding my three primary areas of responsibility, which are overseeing: infectious and chronic disease control and prevention programs; disaster preparedness and response activities; and laboratory services (which includes Newborn Screening laboratory operations). I oversee approximately 1,000 employees and a budget of more than $500 million.

3. Pursuant to Sec. 2.2 of the Settlement Agreement and Release entered in the above-referenced litigation, I hereby affirm that as of April 12, 2010 DSHS has destroyed all blood specimens in its or Texas A&M University Health Science Center's possession which were taken from infants born in Texas as part of the Newborn Screening Program and received by DSHS prior to May 27, 2009, for which DSHS does not have written consent from the parent/guardian/managing conservator to retain and use those specimens.

I hereby declare under penalty of perjury that the foregoing is true and correct."

EXECUTED ON April 13, 2010.

_____
Dr. Adolfo Valadez, M.D., M.P.H.